PS 42
(2/98)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

RECEIVED
U.S. PROBATION OFFICE
MAY 31 2005
ASHEVILLE, NC

| United States of America | ) | |
| vs | ) | |
| David Jeffrey Blackfox | ) | Case No. 2:04CR100 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, David Jeffrey Blackfox, have discussed with Eric G. Simpson, Probation Officer, modification of my release as follows:

That the defendant be placed on a curfew with electronic monitoring services. The USPO has had difficulty in locating the defendant on numerous occasions. The defendant has moved to residences without the USPO's prior approval during the pretrial period. Furthermore, the defendant tested positive for marijuana on 3/22/05. The defendant is currently enrolled in substance abuse treatment at Analenisgi in Cherokee, NC.

I consent to this modification of my release conditions and agree to abide by this modification.

_David Jeffrey Blackfox_    5-12-05
Signature of Defendant      Date

This Modification Order has been discussed with AUSA Don Gast, and he/she concurs with my recommendation.

_[signature]_    5-2-05
USPO Eric G. Simpson    Date

Reviewed and Approved: _Elisabeth F E_    5/2/05
SUSPO Elisabeth F. Ervin    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature] (Trilling)_    5/24/05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on  June 1, 2005 .

[ ] The above modification of release is not ordered.

_Dennis Howell_    June 1, 2005
Dennis L. Howell    Date
U.S. Magistrate Judge

cc: AUSA    Defendant    Defense Attorney    PSI Officer


RECEIVED JUN - 1 2005